No. D–1174. IN RE DISBARMENT OF TATE. It is ordered that John T. Tate, Jr., of Pasadena, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1175. IN RE DISBARMENT OF HICKEY. It is ordered that William James Hickey, of Bakersfield, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 91–790. CSX TRANSPORTATION, INC. *v.* EASTERWOOD; and No. 91–1206. EASTERWOOD *v.* CSX TRANSPORTATION, INC. C. A. 11th Cir. [Certiorari granted, 505 U. S. 1217.] Motion of the Solicitor General to permit William K. Kelley, Esq., to present oral argument *pro hac vice* granted.

No. 91–2012. HOLDER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER FOR BLECKLEY COUNTY, GEORGIA, ET AL. *v.* HALL ET AL. C. A. 11th Cir.; and No. 92–74. DEPARTMENT OF REVENUE OF OREGON *v.* ACF INDUSTRIES, INC., ET AL. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 92–5505. DEAN *v.* SMITH ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 3, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*